IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

EDWARD D. SCHULER
ADC #140938, *et al.*                                                        PLAINTIFFS

v.                                      No. 2:20-cv-97-DPM

ASA HUTCHINSON, Governor,
State of Arkansas, *et al.*                                              DEFENDANTS

### ORDER

**1.** Motion to correct the docket, *Doc. 9*, denied as moot.   The docket already includes Johnson's ADC number because it was listed on his motion for leave to proceed *in forma pauperis*.

**2.** Motion for copies, *Doc. 9*, granted as modified.   The Court directs the Clerk to send Johnson a copy of the docket sheet in this case and a copy of the Court's 22 May 2020 Order, *Doc. 8*.   The Court also directs the Clerk to send Johnson a copy of the docket sheet in E.D. Ark. Case No. 2:20-cv-103-DPM and the Court's 20 May 2020 Order in that case.   *Doc. 7*.   If, after reviewing the dockets and Orders, Johnson needs copies of other papers, then he may request them in another motion.   Because the Court consolidated Johnson's case, any motion should be filed only in this case.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 May 2020