IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

EDWARD D. SCHULER
ADC #140938, *et al.*                                                              PLAINTIFFS

v.                            No. 2:20-cv-97-DPM

ASA HUTCHINSON, Governor,
State of Arkansas, *et al.*                                                        DEFENDANTS

## ORDER

The Court requests a short status report from the defendants about positive cases at EARU and the ADC's response. Status report due by noon on Tuesday, 9 June 2020.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

8 June 2020