IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

EDWARD D. SCHULER
ADC #140938                                                                         PLAINTIFF

v.                               No. 2:20-cv-97-DPM

ASA HUTCHINSON, Governor,
State of Arkansas, *et al.*                                                     DEFENDANTS

## JUDGMENT

Schuler's claims against Governor Hutchinson and Attorney General Rutledge are dismissed with prejudice. All his other claims are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

28 August 2020